**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**CIVIL DIVISION**

**B. RENEL FLOYD** FILED OCT 5 '17 PM11:24 USDCALS
**Plaintiff**

)
)
**vs** ) **Civil Action No.** 17-CV-451-CG-N
)
**PEM Real Estate Group, et al.,** )
**JUDE REYNOLDS,** )
**KRISTI RIDLON,** )
**MACY PROULX,** )
**JOSH ASHCRAFT** )
**DERRICK WILLIAMS**
**Defendants**

**DEMAND JURY TRIAL**

**JURISDICTION: DISTRICT COURTS**
**28 U.S. C. Ch. 85 §1331.** The district courts shall have original jurisdiction of all civil actions arising under the United States Constitution, Federal Laws, Laws passed by Congress.

## CAUSE OF ACTION:
## Racial Discrimination: direct and indirect

**JURISDICTION-FEDERAL QUESTION**
**Constitutional,** and **Civil Rights** Act of 1964; **Fair Housing** Act of 1968; **Disability** Act of 1990; **Protected Class - Discriminatory violations of the aforementioned Rights**.

**28 U.S. C. Ch. 85 § 1343** (a)(1)(2)(3)(4) Civil Rights
The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person.

**VENUE**
**28 U.S. C. § 1391.** Venue is proper because the events giving rise to this complaint occurred in this district.

**28 U.S. C. Ch. 85 §1369( c )(2)**
A corporation is deemed to be a citizen of any State, and a citizen or subject of any foreign state, in which it is incorporated or has its principal place of business, and is deemed to be a resident of any State in which it is incorporated or licensed to do business or is doing business.

## I INTRODUCTION

As a Pro se and Plaintiff, my facts are supported by first-hand experiences as well; as the Lessee/Lease Holder, the aggrieved party, the facts stated are actions and events which were experienced directly, as the Lessee, or directly effected me. I filed this complaint, though I left that complex 6 months ago, as of last month, I am still living with the effects of racial discriminatory harassment, impact and disparagement.

1. I am Dr. B. R. Floyd, MA, MPH, PhD, my area of expertise is Public Health. After earning my PhD, I completed an 18 month Post-Doctorate Statistical Analysis Certification, in Richmond, Virginia. I am a graduate studies advisor and instructor. I am an instructor of *Critical Thinking in Public Health*. I am also the Field Training Director of several research projects for one of the largest Research Universities in the region where I am now working. Because our research subjects are people, my work is under the strict guidelines of the IRB. Before I am offered an employee salary raise, I must undergo an intensive background check, and often times, credit check. I was invited, as an expert in my field, to speak at a state's Congressional Meeting last year.

2. I collaborate with the CDC; I am the Board Chair for a national Healthcare, which is Federally Qualified; I am also the Committee Chair. I am published, and hold copyrights. Those of us at this level of academia, are the face of our careers, area of concentration, jobs, and owe a duty of character, ethical conduct, and honesty as a matter of public trust. My character and conduct (personal and public), at all times, must be exemplary.

## II Facts

### RACIAL DISCRIMINATION

### BACKGROUND

3. I had visited this apartment complex, at 375 Hillcrest Road, Mobile, AL 36608, twice, as I searched for just the right location for my own place. That is where I stayed 4 years, 3 of them quiet and pleasant. I had finally earned the degrees I desired and worked hard to accomplish. Now, I get to live in something other than University affiliated apartments. I had dreamed of my own place in my hometown. It was near a University of higher learning which I planned to collaborate and perhaps transition, so I could work in town, and even walk to work. However, I had just accepted a job out of town. Because of my profession, I had to go where the jobs were available. I explained all of this to the manager, Mrs. Kelly *****. She understood that I would be back and forth and away for undetermined periods. Now, the hardest part was to come. Because of my equipment, file cabinets, fax machines, and computers, I used to work from home, I wanted someone to housesit in my absence. I solicited the help of my parent, they both tried to dissuade me.

4. Mrs. Jude Reynolds treated me as though she looked right through me, Mrs. Kelly ****, was professional, warm, and everything I believed of my hometown. However, they both gave verbal and supposedly written permission for my parent to come and go and attend to compliance needs in my absence. I requested a statement placed in my file to that effect once I was approved. We agreed, (that document mysteriously disappeared as of June 4, 2016).

Unfortunately, I traveled a lot back then, and had to leave before all the paperwork was ready for me to sign. I was contacted on the road[1]. I was also sent the digital lease online. [2]**According all my leases there, the rent payments were due, "on or before the 6th"**, but not mine.
**42 U.S.C. § 3601**
5. Things went well until almost the end of that year. My parent and the manager, Mrs. Kelly ****, became friends and would chat when I would send my rent check to the office.
6. **March 2014**, my parent had to file harassment charges before I moved there, unrelated. They were supposed to be heard in the lower court, the City Municipal Court. After the prosecuting city attorney was allegedly witnessed, not only promoting one of the female defendants, but advocating on her behalf, he was asked to step aside, he agreed, and was immediately replaced by a special prosecutor, privately retained. I attended every trial which were strategically running out the statute of limitations for the other more serious charges.
7. The city attorney litigated in the courtroom in which Judge Matthew Green presided, their court/city clerk, Ms. *** Armstrong, and I lived at the same Apartment Complex. After the city attorney was replaced in **February 2014**, that attorney allegedly called the apartment complex and made disparaging statements about my parent, and me. Of course, I'm sure the city attorney was aware how a citizen, with their own racial ideologies, would react when called by an officer of the court, who holds public trust. This was an act of spite and revenge. If he had only done that much, but he informed the female defendant, who had become his friend or friendly, exactly where my mother goes to housesit, and exactly where her daughter lives. Those are dangerous people and without regard, he put all of us in danger.

- I was home for a while and decided use the Fitness Room/GYM. I went to the office and reported the door was locked and did I need to do anything special for access. Mrs. Jude Reynolds told me there was a non-refundable $25.00 key deposit to get in. I declined, and left. **She offered and gave my parent a key without a deposit.**
- It rained and my bedroom roof was flooding the floor. My parents came over and moved furniture and clothes, which many were unpacked in moving boxes. An entire garment box of clothes was ruined. I let it go. However, I did report it to the office and asked to fill out a maintenance request. Mrs. Jude Reynolds claimed to have written it down, said it wasn't necessary for me to write it myself or sign it. I trusted her integrity.
- I had the wet carpet steamed cleaned at my own expense. Me and my mother have allergies, and asthma. No one came to repair the roof. I was patient and continued to wait. After weeks of waiting, I had to go back to work, it was summer and I had an out of country research project. I asked my parent to attend to that matter and keep me posted.
- When I retuned to Mobile, they had never come to fix the roof. When it rained the plastic bins would have to be placed on the carpet, and plastic bags under the bins. I asked my parent to stay close to the apartment in case it rained, the carpet wouldn't get ruined.
- I returned to the office and this time made the request to new manager, Kristi Boyd Ridlon. She too wrote it down, and waved me off from signing it as stated in lease. I was
- not comfortable, but didn't want to anger anyone. I let it go.

---

[1] DOCUMENT # 1 Kelly F, manager, I signed the lease. They said I was a great tenant.
[2] Document:# 2 excerpt from lease

- I was suddenly asked to update my file by writing down the make/model/ and VIN numbers of my 2 cars at the complex. I did and included a note that I will be leaving soon, and reminded them my parent will be in and out as a reminder, but can take care of any issues that may arise. (this document mysteriously disappeared from my file as of June 4, 2016)
- The company for a Termite Bond came to inspect and saw the [3]ceiling hanging down and the complex fixed the roof and ceiling.
- However, over the next 3 years, more leaks, more slow fixes, then the mold started and they never came to address that. I treated it, according to the lease, myself. But, it returned, I treated it each time, then covered it with plastic to mitigate the viability of thriving mold.

8. **2015**, my rent increased without notice until I was about to sign the new lease. The issue is, the lease is written in such a way, they only give up to 5 days notice of lease changes. The entrapment is: The lease requires 60 days advance notice to move out. The penalty is the company will put your tenancy on month to month, at an exorbitant price increase, or you will be required to buy out the existing lease without discounts, or concessions, and at full market value. Plus, if the lease is unlivable, where can you go at such short notice? So, you have no choice but to sign it.

- [4]Mrs. Reynolds, manager, told my mother she could not use the Handicap parking in front of my apartment building, or she will be towed. My mother said, she has a handicap placard. **42 U.S.C. § 3604(a)(b)(f)(1)(C)(2)(C)(3)(i) (2015) (HANDICAP VISITOR)**
- Mrs. Reynolds ignored it and replied, when people park illegally they need to be towed. My mother said, no one in my daughter's building uses it. Mrs. Reynolds stated, "It was put there for another tenant." My mother said, "Didn't she move?" "Yeah, but her daughter is still living here.", Mrs. Reynolds replied. My mother stopped talking.
- [5]**May 2015**, Josh Ashcraft, maintenance, accompanied a painter to my apartment to retouch the paint job they had to redo, on the entire property. Mr. Ashcraft stated to my mother, apropos of nothing that, "I'm here with him because you're wishy-washy about
- them." We were stunned. Where were all of these false character assignments, false accusations about us coming from?
- While the painter was retouching my door, somehow he damaged the weather strip at the bottom. Bugs would crawl under the door attracted to the light. I placed requests, they wouldn't fix it. I asked my parent to ask if they could please fix it. They said, they have to order the piece. It never came. I put a dark towel at the bottom of the door to fool the bugs. We quietly tolerated it.
- **September 3, 2015**, Josh Ashcraft was asked if the part had come in and the other maintenance employee, was saying they had those, when Mr. Ashcraft stopped him and winked. They both said, no they did not have it. [6]Electrical Power cut off and on, I had to
- 

[3] Document: placeholder
[4] Document # 4 Parent Prohibited from using handicap parking, a non-African American tenant used it in past.
[5] Document # 16 False accusation that rent payment was late, "Paid after hours on the 5th"
[6] Electrical Power cut off, Alabama Power suggested a lock.

get Alabama Power Company involved. **Harassment.**

- **September 2015**, Mrs. Jude Reynolds was promoted to manager, she immediately began to take her disdain out on me.
- Later in September, a new employee was hired and said he will fix it. He did, and was fired.
- [7]**October 5, 2015**, after I paid online, Mrs. Jude Reynolds, went to the manager tools of Paylease and falsified my payment which was paid, [8]**October 5, 2015, @ 2:50 P. M**, and accused me of paying it late. I took a screenshot at 9:30 P. M, the late accusation was postdated for the next day, of **October 6, 2015**. **Changing Terms of Lease.**
- I called the rental office from work and asked about the accusation. Mrs. Reynolds replied, [9]**'no late fee :)' but that was not the issue. She was avoiding the fact, she was caught trying to harm my perfect Payment History, I had never paid the rent late.**
- The next month I sent it my housesitter, my parent to walk the check in. N**ovember 5, 2015,** the rent was walked into the office and paid to Mrs. Jude Reynolds, manager. Again, Mrs. Reynolds accused my payment of being late. My payment ledger said it was paid late, this time a memo accompanied it to make it seem legitimate, it stated, [10]'**paid AM on 6th.**' When I asked that it be corrected, she was adamant that it could not be changed. But, we found that it could, she just would not.
- Josh Ashcraft, was chatting as my mother was leaving. She calls me her little ankle-biter. Josh Ashcraft, asked, "**Who, your daughter?**" when confirmed he in turn said, "**No offense, I call my daughter monkey.**" **Racial Slur**.

9. My rent increased almost every month, I was paying one of the highest rents for the same space, in the same apartment, than anyone in my building. My closest neighbor was paying $110 less, we moved in a few months apart. It appeared I was being taken advantage of because of my income, gouged. The unfair rent increases continued.

10. Community water/sewer, I was paying more than anyone else in my building. When other tenants' water was $9.00, mine would be $15.00. The non-African American tenants paid even less than that. Additionally, Huntleigh Woods Apts., allowed some tenants to pay some of their rent then and some later; some paid once every 2 or 3 months. All of those with special treatment and privileges were non-African Americans.

11. Tenants were told to do not talk to me and my mother. We were treated so differently than other tenants. It was mortifying and degrading. Two tenants talked to us anyway, both were evicted. **42 U.S. Code § 3617 - Interference, coercion, or intimidation**

12. [11]In a 6 month period, Mrs. Jude Reynolds, ran 3 credit checks on without provocation. We don't pay rents late, so Mrs. Reynolds had to concoct a ruse by falsely accusing my payments of being late as a pretext to run credit reports on me. **That did 2 things:** 1. It damaged my credit, and lowered my credit score 2. It damaged my Huntleigh Woods Payment History. **Deliberately damaging Credit Report.**

---

[7] Document of Screenshot of false accusation, Oct, 5, 2015
[8] Document: placeholder
[9] Document: placeholder
[10] Document: placeholder
[11] See document 16

13. [12]**January 2016**, I asked about other rate options and was not told the truth. It was deliberate. Mrs. Jude Reynolds didn't want me to leave, I pay on time, and she rarely sees me. However, that is not the reason, she wanted her renewal bonus. I was preparing for a Congressional Meeting, and preparing to take a trip to Africa for research. My new lease increase was outrageous. I asked my parent to go in and see what happened until I could get back.

14. **April 15-18, 2016,** the office was full of the usual employees. Mrs. Jude Reynolds, had her husband come to the complex and was there when my mother arrived, as though she was afraid of my mother. Someone she saw coming and going for years. Suddenly, Mrs. Reynolds needed her husband there. The entire behavior was fake. As though, my parent was the walking embodiment of a racial stereotype that all African Americans are violent, inappropriate, senseless, violence. My mother said nothing, I said nothing. Our life there worsened. What I was told in January wasn't true, now I'm again short of a 60 day notice and have no choice but to resign, again. **Harassment.**

15. Tenants were "warned" by Mrs. Reynolds, and Macy Proulx, 'be sure to watch them [me and my mother] because its no telling what they might do', 'don't park next to them, if we don't want your tag switched.' In fact, a police officer did watch my apartment and mother, as though we were engaged in some type of criminal enterprise. It was humiliating and embarrassing. Mrs. Reynolds applied almost every racial stereotype that exists to me and my mother. **42 U.S. Code § 1985 (2) - Conspiracy to interfere with civil rights**

16. [13]**May 5, 2016**, I sent my parent to drop off the rent check. Mrs. Reynolds, refused to accept it. She stated the Business Manager has gone for the day. Perhaps she didn't realize, the Business manager did not run and hide as they both had done many times to avoid accepting the rent. Because, the Business Manager was seated at her desk, smiled and waved at my mother when she entered the office. Yet, Mrs. Reynolds continued to refuse to accept the payment. My mother called and told me to stop what I was doing and pay it online to Paylease. I did, and Mrs. Reynolds falsely accused it of being paid late, with a memo, "**pd after hours on the 5th.**" Isn't that why Pay Online Services exists? The benefit of Paying at your convenience, such as after hours? The office didn't [14]close until 6PM. My mother was there at 4: 50 PM. Harassment.

17. **June 2016,** Josh Ashcraft, maintenance, came into my apartment and went through my personal belongings.

18. **July 2016**, I went to Africa for research. My housesitter left her cell phone and was leaving my apartment to go get it. Josh Ashcraft, mimicked pulling out a rifle and shooting her twice from across the parking lot. Guns make my parent anxious, she has PTSD due to almost being shot while inside her home sitting on the sofa, moments before moving to a chair. This is information shared with the staff at Huntleigh Woods, by a very short list, Derrick Williams is sought personal revenge that my parent sought a special prosecutor to avoid Mr. Williams from one of them. Derrick Williams was not acting in the capacity of exercising his duties when he deliberately losing the cases important to her. **Later, Mrs. Reynolds yelled at me and said, I did not go to Africa!**

---

[12] Document: placeholder
[13] Document: placeholder
[14] Document: placeholder

- **Of course, I went, but why did she care so much to react in this manner?**
- **She spoke to me as if it was an impossibility that someone like me *COULD* go to Africa. She called me a liar.**

19. **August 5, 2016**, I sent my parent to attempt to pay the rent, when she drove by, it was open, when she went to pay my rent, the office was mysteriously closed.

20. Mrs. Reynolds told an exuberant young man that we said he was harassing us. He stalked my apartment, unbeknownst to me, **September 11, 2016,** he knocked on the door and hid from the viewfinder. My mother opened the door to take a look and he stepped in front of her within inches. Mrs. Reynolds wanted to cause us trouble, she wanted us harmed. She used him to try to do it. **September 23, 2016**, Mrs. Reynolds had surveillance video installed in the rental office and told my mother anything we needed would have to go through an attorney, named John Smith. We could not make repair requests, or pay rent in the office. I had to pay Paylease by phone which cost 3 times more, I had not place to go. When I pay through Paylease online, Mrs. Reynolds would go behind me and claim its late. Oddly, I could not get the owners to help me. **28 U.S. C. Ch. 85 §1343(a)(1)(2)(3) Civil rights and elective franchise.** She was still trying to imply she was afraid of us, dramatically trying to sell her fake fear tin order to intimidate.
**January 2017**, I received a letter that my lease would not be renewed. **Breach of Lease/Contract.** This was a first in my life that any such thing had ever happened. In another city where I work, my old apartment has started using the online service Paylease. I cannot open a Paylease account to pay my rent. I have to physically leave work and visit the rental office. Huntleigh Woods and Jude Reynolds have me blocked from that service.

**III CONCLUSION**

During all of these adverse acts against me and also my parent/emergency contact/housesitter, My parent was speaking, and warmly greeting Mrs. Reynolds, Macy Proulx, and Josh Ashcraft. They always returned the greetings and chatted with her. They showed no animosity. Their racially delineating behavior between me, and non-African Americans was not because of some miscommunication, threatening manner, unintentional slight, or an imagined sharp word spoken. These are people who went out of their way to make a distinction between how I was treated as a tenant, and how non-African Americans tenants were treated. I am African American and was treated as though I am not entitled to the same education as other races.

- Their treatment wasn't jealousy or envy. It was a raw disdain, a resentment for striving to be more than the sum of my ethnic skin color, my ethnic hair, my ethnic features, so they took all that was in their power to take from me; my perfect Payment History, my new Apartment, which I found and procured myself, my social and community image, my Confidence, the life I was creating near the University, the ease of shopping and community amenities. **42 U.S. C. Ch. 21 § 1981(a)(b) (2015)** Equal rights under the law; **42 U.S. C. Ch. 21 § 1982** Property rights of citizens (2015)
- These are people who attacked and sought to taint and destroy that which they felt set me apart from the racial stereotypes used to catalogue African Americans.
  **42 U.S. C. Ch. 21 § 3631(a)(b)(2)(c) (2015)** Violations; penalties
- I could not get repairs addressed for months, other tenants' repairs were attended expeditiously. **42 U.S. C. § 1985(2)(3) (2015)** Conspiracy to interfere with civil rights
- This is what the new racism looks like.

**Request for Relief**

As a result of the Defendants' actions, the plaintiff has suffered grievous harm and damages, including but not limited to monetary damages, and emotional suffering. **Damages in contract/lease and damages in tort.**

**Prayer for Relief**

WHEREFORE, the plaintiff respectfully requests, due to all the above reasons, that the court grants the following relief against the defendants:

a) Enter a declaratory judgment that the actions of the defendants were discriminatory and illegal on the grounds of race under the Fair Housing Act; illegal eviction, failure to address repairs, ongoing harassment to make my home uncomfortable, loss of rights to a peaceful enjoyment of hearth and home, unconscionable contract/lease as deemed so by any reasonable observer, breach of terms of lease, failure to repair leaking roof in a timely manner, failure to remove black mold after 2 months of roof leaking, and failing to address other repairs, use of Self-help eviction;

b) Award actual and compensatory damages to compensate Plaintiff for economic loss and damages: fees, storage, moving fees; loss of non-economic injuries, such as emotional distress, anxiety, loss of a secure and independent dwelling, embarrassment and humiliation due to obvious maltreatment before other tenants, employees, vendors, and family, discrimination by the defendants in an amount to be proven at trial;

c) Grant Plaintiff an award of punitive and/or exemplary damages as a result of defendants' deliberate, intentional, overt, willful negligence; retaliatory practices for citing Fair Housing Act; creating an unsafe environment for me and my family; failure to allow due process, insulting comments and harassment of myself and family, singling me out to charge higher rent as racial disparity, disdain, punishment, and economic loss; illegal entry to go through my personal belongings; slanderous and false comments to embarrass, and tainted my reputation among colleagues, friends, family, neighbors, and other tenants, new and existing; and flagrant race-based discrimination and overt disdain that people like me cannot take a trip out of the country; failure to deliver communications from management as done for other tenants; the illegal change in terms of my lease, deliberate and damaging false rental payments reported to damage Payment History;

d) Compensatory damages, including general and special damages, according to proof, to compensate Plaintiff for cost of alternate accommodations, loss of career and economic opportunities with a near by institution of higher learning, loss of shopping convenience, humiliating false accusations to other tenants which caused damage to pride and dignity;

e) Injunction for defendants to cease and desist illegal and damaging credit checks to see whom I owe, and where I work; cease and desist harassment by way of slanderous and false accusations to creditor.

f) Grant such other and additional relief that the court deems just and appropriate.

g). Grant Affirmative relief as may be necessary to remedy Defendants' past discriminatory practices and decisions to ensure defendants do not discriminate on the basis of race in the future;

Dated: October 5, 2017

______________________

B. Renel Floyd, *Plaintiff*

# DOCUMENT # 1

---------- Forwarded message ----------
From: **Kelly F** <K @colonialprop.com>
Date: Wed, Jan 9, 2013 at 7:56 AM
Subject: Your application
To: "--------- floyd@ ------- l.com"

*********
Hi

I know you are traveling today but I wanted to let you know that your application has been fully approved at Colonial Village at Huntleigh Woods. If you would like to reserve apartment ****** payment can be made online. I will phone you later today to follow up. Have a great day and safe travels!

Thank you,

Kelly F

Property Manager

Colonial Village at Huntleigh Woods

251.343.5555 (p)

k @colonialprop.com

Please consider the environment before printing this email.

**DOCUMENT # 1 -1**

# Huntleigh Woods
## Apartments

375 Hillcrest Road
Mobile, AL 36608
Phone: (251) 343-5555
Fax: (251) 234-6121
*www.huntleighwoodsapts.com*

1/14/15

Renewal Invitation

Apt .......

............. Floyd,

You've been a great resident and we'd like you to continue to call Huntleigh Woods home. Your lease expires on 4/17/16. With our flexible lease options and competitive pricing you can select a lease term that best suits your needs. You decide which lease term and price works best for you. No more one-size-fits-all leases and pricing. You will also need liability insurance with your renewal so call or stop by the leasing office to discuss your renewal options and insurance information today!

Remember to provide a 60 day written notice if you decide to move. If we don't receive your notice the lease will continue in a month-to-month status and the month-to-month lease rate option will apply.

I am looking forward to speaking with you soon.

Sincerely,

Heather

Heather Lott
Business Manager

**DOCUMENT # 2**

6. **RENT AND CHARGES.** Unless modified by addenda, you will pay $583.00 per month for rent, total utilities due $60.00, monthly total $643.00, payable in advance and without demand [check one]:

- ☐ at the on-site manager's office, or
- ☒ at our online payment site, or
- ☐ at ____________________

Prorated rent of $272.07 is due for the remainder of the *[check one]:*

- ☒ 1st month or
- ☐ 2nd month, on May 1, 2016.

In the event there is a drop box located at the Leasing Office, this drop box is provided for resident convenience only. Please be advised that placement of payments into the drop box does not constitutepayment delivery to Landlord unless Resident's payment is in the drop box when opened by the Landlord. Until delivery, the resident bears the risk of loss or theft of any payments put in the drop box. Rent or other related payments are not considered paid until the funds have been accepted by the Landlord.

Money Orders are used as a cash equivalent payment subject to the terms and conditions of each money order provider. In the event of theft or loss, the money order purchaser (resident) and money order provider (Issuer) must work through the appropriate claims processes to recover the funds. In the event payment is rendered via money order, it must be a money order issued by Western Union or Money Gram.

In the event of loss or theft of any money order after accepted delivery to the Landlord, Resident agrees to cooperate fully in the claims process including producing a valid money order receipt with the tracking information.

Otherwise, you must pay your rent on or before the 1st day of each month (due date) with no grace period. Cash is unacceptable without our prior written permission. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums in cash, certified or cashier's check, money order, or one monthly check rather than multiple checks. If you don't pay all rent on or before the 6th day of the month,





you'll pay an initial late charge of $50.00 plus a late charge of $5.00 per day after that date until paid in full. Daily late charges will not exceed 15 days for any single month's rent. You'll also pay a charge of $50.00 for each returned check, plus initial and daily late charges from due date until we receive acceptable payment, which returned check charge shall not exceed $25.00 for checks $100.00 or less and $30.00 for checks over $100.00. If you don't pay rent on time, you'll be delinquent and all remedies under this Lease Contract will be authorized We'll also have all other remedies for such violation.



MY HOUSESITTER'S CAR

**DOCUMENT # 4**


LOCK DUE TO
HARASSMENT
DOCUMENT # 6

# DOCUMENT # 7

## Payment History

Your Balance:
**$44.40**

Make a Payment

REQUESTS

| Date | Description | Activity | Balance |
|---|---|---|---|
| 10/6/2015 | Late Fees, 8% of $555.00 | $44.40 | $44.40 |
| 10/5/2015 | Payer Last Name: Floyd - PayLease | -$649.95 | $0.00 |
| 10/1/2015 | Rental Revenue (10/2015) | $555.00 | $649.95 |
| 10/1/2015 | Water 08/01/15-08/31/15 | $10.74 | $94.95 |
| 10/1/2015 | Trash 08/01/15-08/31/15 | $10.00 | $84.21 |
| 10/1/2015 | Sewer 08/01/15-08/31/15 | $18.57 | $74.21 |
| 10/1/2015 | Service Fee 08/01/15-08/31/15 | $5.64 | $55.64 |
| 10/1/2015 | Pest 08/01/15-08/31/15 | $5.00 | $50.00 |
| 10/1/2015 | Cable 08/01/15-08/31/15 | $45.00 | $45.00 |
| 9/3/2015 | Operating Cash 1 | -$648.13 | $0.00 |

9:30 PM
10/5/2015

Professional Equity Management

< Return to passport homepage

# DOCUMENT # 16

Floyd
Apartment:

Logout

HOME

PAY RENT

Submit Payment

Payment History

MAINTENANCE REQUESTS

New Request

All Requests

MY ACCOUNT

## Payment History

Your Balance:
$0.00

Make a Payment

| Date | Description | Activity | Balance |
|---|---|---|---|
| 5/9/2016 | pd after hours on the 5th | -$46.64 | $0.00 |
| 5/6/2016 | Late Fees, 8% of $583.00 | $46.64 | $46.64 |
| 5/6/2016 | :Prog Gen credit application | -$0.00 | $0.00 |
| 5/5/2016 | Payer Last Name: Floyd - ACH - PayLease | -$671.56 | $0.00 |
| 5/1/2016 | Cable 03/01/16-03/31/16 | $45.00 | $671.56 |
| 5/1/2016 | Sewer 03/01/16-03/31/16 | $15.60 | $626.56 |
| 5/1/2016 | Water 03/01/16-03/31/16 | $7.89 | $610.96 |
| 5/1/2016 | Trash 03/01/16-03/31/16 | $10.00 | $603.07 |
| 5/1/2016 | Service Fee 03/01/16-03/31/16 | $5.64 | $593.07 |
| 5/1/2016 | Pest 03/01/16-03/31/16 | $5.00 | $587.43 |




**MAY 5, 2016 AND AUGUST 5, 2016**

**DOCUMENT # 17**

PLAINTIFF
B. RENEL FLOYD
P. O . BOX 850961
MOBILE, AL 36685

DEFENDANTS
PEM Real Estate Group, et al.
14822 N. 73RD ST, STE 101
SCOTTSDALE, AZ 85260

JUDE REYNOLDS – OFFICE
HUNTLEIGH WOODS APARTMENTS
375 HILLCREST ROAD
MOBILE, AL 36608

KRISTI RIDLON – OFFICE
HUNTLEIGH WOODS APARTMENTS
375 HILLCREST ROAD
MOBILE, AL 36608

MACY PROULX – OFFICE
HUNTLEIGH WOODS APARTMENTS
375 HILLCREST ROAD
MOBILE, AL 36608

JOSH ASHCRAFT – OFFICE
HUNTLEIGH WOODS APARTMENTS
375 HILLCREST ROAD
MOBILE, AL 36608