IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| B. RENEL FLOYD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 1:17-cv-451-TFM-N |
| | ) | |
| PEM REAL ESTATE GROUP, *et al* | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

On January 9, 2019, the magistrate judge entered a report and recommendation which recommends the Motion for Judgment filed by Defendant HW Mobile Investco LLC be granted. *See* Doc. 96. Plaintiff filed her objections on January 25, 2019 which is more than 14 days after the entry of the report and recommendation. *See* Doc. 97. Though normally *pro se* parties are given the benefit of mailing time, Plaintiff was previously given the ability to electronically file and therefore the objections are two days late. Defendant timely responded to the objections and noted their tardiness. *See* Doc. 98. Regardless of whether they were timely and whether the court applies a *de novo* or clearly erroneous standard, the objections lack merit and are overruled.

Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** and Investco's Motion for Judgment on the Pleadings (Doc. 83) is **GRANTED**.

This remainder of this case is **REFERRED** back to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1).

**DONE** and **ORDERED** this the 14th day of February 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE