**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **B. RENEL FLOYD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO. 1:17-cv-451-TFM-N** |
| | ) |
| **PEM REAL ESTATE GROUP,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**MEMORANDUM OPINION AND ORDER**

On January 27, 2020, the Magistrate Judge entered a Report and Recommendation (Doc. 141), to which no objections have been filed. After due and proper consideration of the issues raised, the Report and Recommendation is **ADOPTED** as the opinion of the Court as modified.

On June 14, 2019, Plaintiff submitted a document entitled "Plaintiff's Notice of Voluntary Dismissal Without Prejudice. *See* Doc. 125. That same date, Defendant Jude Reynolds[1] filed a response. *See* Doc. 126. While Defendant did not oppose the dismissal, Reynolds did request that the Court award costs including the court reporter expenses from the curtailed deposition of the Plaintiff as well as attorney's fees relating to the previously granted Motion to Compel. *Id*.; *see also* Docs. 101, 115, 118, 119. The Magistrate Judge held a hearing on the matters on June 27, 2019. *See* Docs. 127, 129. The Court ordered the payment of the court report's fees and noted the attorney's fees would be ruled upon separately. *See* Doc. 129. On September 11, 2019, the Court granted attorney's fees in the amount of $2,937.00. *See* Doc. 134. The parties agreed to a payment plan which was completed on January 23, 2020. *See* Docs. 135, 138, 140.

---

[1] The docket sheet also lists as a Defendant Professional Equity Management PEM Real Estate Group, LLC. However, it does not appear this Defendant was ever served nor did it appear in the case. As such, the Court also dismisses it pursuant to Fed. R. Civ. P. 4(m). This dismissal is also without prejudice.

The Court also notes that the Magistrate Judge's Report and Recommendation states that "Floyd requests the dismissal comes without prejudice" and further includes a footnote referencing the intent of dismissal "without prejudice." See Doc. 141 at 3, n. 4. However, in the very next paragraph the recommendation states "DISMISSED with prejudice." *Id*. Given the seeming intent of the Plaintiff and the lack of discussion on a dismissal with prejudice, the Court concludes that dismissal without prejudice is most appropriate.

Accordingly, it is **ORDERED** that Plaintiff's Notice of Voluntary Dismissal (Doc. 125) is construed as a Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a)(2) and is **GRANTED**. All claims asserted by Plaintiff against Defendants are **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to close the case.

**DONE** and **ORDERED** this 28th day of February, 2020.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE